Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
014667-0002

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>FARMERS GRAIN, LLC,<br><br>　　　　　　Debtor. | Case No. 17-00450-TLM<br>Chapter 7 |
| NOAH G. HILLEN, Trustee,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>FRAHM FARM, INC.,<br><br>　　　　　　Defendant. | Adversary No. 19-06011-TLM |

**NOTICE OF SERVICE OF DEFENDANT FRAHM FARM, INC.'S RESPONSE TO TRUSTEE'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCITON OF DOCUMENTS**

　　　　　NOTICE IS HEREBY GIVEN that on the 31st day of July, 2019, a true and correct copy of **DEFENDANT FRAHM FARM, INC.'S RESPONSE TO TRUSTEE'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCITON OF**

**NOTICE OF SERVICE - 1**                                                                                                    14627951.1

**DOCUMENTS** and a copy of the **NOTICE OF SERVICE** were served by the method indicated below and addressed to the following at the address shown below:

| | |
|---|---|
| Jed Manwaring<br>Christy A. Kaes<br>EVANS KEANE LLP<br>1161 W. River St., Suite 100<br>P.O. Box 959<br>Boise, Idaho 83701-0959<br>Facsimile (208) 345-3514<br>*Attorneys for the Plaintiff* | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) E-mail |

DATED this 31st day of July, 2019.

GIVENS PURSLEY LLP


By  */s/ Randall A. Peterman*
    Randall A. Peterman – Of the Firm
    Attorneys for Defendant

**NOTICE OF SERVICE - 2**                                                                 14627951.1